AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

|  |  |
|---|---|
| ABDUR RASHID | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  19cv743 |
| ABDULLA SWEETS AND RESTAURANT, INC., SULTAN AHMED, AND RAHANA Y. MONI | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  (a) Abdulla Sweets and Restaurant, Inc., 91 Church Avenue, Brooklyn NY 11218
(b) Sultan Ahmed, 91 Chester Avenue, Brooklyn NY 11218
(c) Rahana Y. Moni, 91 Chester Avenue, Brooklyn NY 11218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   (a) Zachary Naidich, 1177 Avenue of the Americas, New York NY 10036
(b) Shahriar Raafi, 1177 Avenue of the Americas, New York NY 10036
(c) Karen Cacece, 199 Water Street, 3rd Floor, New York, NY 10038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:   2/6/2019                    /s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*